IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>   **Plaintiff**,<br><br>   v.<br><br>**MIGUEL MORALES-NIEVES**,<br><br>   **Defendant**. | **CRIMINAL NO. 14-683 (PAD)**<br><br>**CRIMINAL NO. 16-204 (PAD)** |

### ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Camille L. Vélez-Rivé regarding the Rule 11 proceeding of defendant, Miguel Morales Nieves (Docket Nos. 55 and 6, respectively), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to Count One of the Indictment in Criminal No. 14-683 and as to Count One of the Information in Criminal No. 16-204.

The court notes that a Presentence Investigation Report was ordered (Docket No. 54). The parties shall file their sentencing memoranda not later than August 15, 2016. The Sentencing Hearing is set for September 2, 2016 at 10:00 a.m. in Courtroom 3.

**SO ORDERED.**

In San Juan, Puerto Rico, this 2nd day of May, 2016.

S/Pedro A. Delgado-Hernández<br>
PEDRO A. DELGADO HERNANDEZ<br>
United States District Judge